March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

SALLY SPINOSA

           Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

21 -MAG 103 ( ) ( )

Defendant __SALLY SPINOSA__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

**X**     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_Sally Spinosa by: [signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Sally Spinosa_
Print Defendant's Name

[signature]
Defense Counsel's Signature

_Andrew C. Quinn, Esq._
Print Defense Counsel's Name
_Anthony J. DiFiore, Esq._

This proceeding was conducted by reliable videoconferencing technology.

1/7/21
Date

_Kevin Nathaniel Fox_
U.S. Magistrate Judge